ELSIE MARTIN, Respondent, v. FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Appellant.*— Judgment and order affirmed, with costs. Davis, Hinman, Whitmyer and Hill, JJ., concur; Van Kirk, P. J., dissents on the ground that plaintiff failed to show that she was free from contributory negligence; she could see the gas car approaching when she was thirty feet from the nearest rail; she was familiar with the crossing. (*Raymer* v. *Rutland R. R. Co.*, 204 App. Div. 135; *Cassidy* v. *Fonda, J. & G. R. R. Co.*, 200 id. 241; affd., 234 N. Y. 599; *Bowden* v. *Lehigh Valley R. R. Co.*, 178 App. Div. 413; affd., 226 N. Y. 648; *Avery* v. *N. Y., O. & W. R. Co.*, 205 id. 502; *Baltimore & Ohio R. R. Co.* v. *Goodman*, 275 U. S. 66.)

JOHN SPRING, Appellant, v. CLARENCE M. GRIDLEY, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

JOHN A. DEDERICK, Respondent, v. SIGOMUND NEWBERGER, and Another, Appellants.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

HENRY CRISCONE, an Infant, etc., by His Guardian ad Litem, SECONDINO CRISCONE, Respondent, v. FRANK MALATESTA and Another, Appellants.— Judgment and order affirmed, with costs. Van Kirk, P. J., Hinman, Davis and Whitmyer, JJ., concur; Hasbrouck, J., dissents on the ground that there is no proof of freedom from contributory negligence on the part of the child or on the part of the parent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA MATHESON WOOD, as Sole Trustee of School District No. 5 of the Town of Huntington, Suffolk County, New York, and Others, Relators, v. FRANK P. GRAVES, as Commissioner of Education of the State of New York, Respondent, and BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 3, TOWN OF HUNTINGTON, SUFFOLK COUNTY, NEW YORK, Intervenor.— Order of certiorari vacated and proceeding dismissed, without costs. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

FRED J. HOLMAN, Appellant, v. SAFETY CO-OPERATIVE FIRE INSURANCE COMPANY, Respondent. FRED J. HOLMAN, Appellant, v. THE CO-OPERATIVE FIRE INSURANCE COMPANY OF CATSKILL, NEW YORK, Respondent.— Order affirmed, with one bill of costs. Van Kirk, P. J., Hinman and Hasbrouck, JJ., concur; Davis and Hill, JJ., dissent.

ROBERT S. BENDELL, Respondent, v. FLORINDA DE DOMINICIS, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

JOSEPH ROSS, Respondent v. WILLIAM HERSHKOWITZ, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

MINNIE WEISS, Respondent, v. NATHAN GEIGER and Another, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

MARCO BENEDETTO, Respondent, v. HAROLD GLASSMAN and Another, Appellants.— Judgment and order affirmed, with costs. Van Kirk, P. J., Hinman and Hill, JJ., concur; Whitmyer and Hasbrouck, JJ., dissent on the ground that the damages are excessive and against the weight of the evidence, and vote for reversal and a new trial unless the plaintiff stipulates to reduce the verdict to $15,000.

T. BARTON CHAFFEE, Respondent, v. EDWARD C. CROWDER, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

---

* Affd.. 251 N. Y. ——.